AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Arthur Lee Jones, Jr. | ) Case No: 4:04cr25 |
| | ) USM No: 11854-017 |
| Date of Previous Judgment: December 6, 2004 | ) William R. Clark, Jr. |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ____186____ months **is reduced to** ____149____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 36 | Amended Offense Level: | 34 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 292 to 365 months | Amended Guideline Range: | 240 to 293 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Jones received a downward departure as a result of a substantial assistance motion that filed by the Government prior to his sentencing. This substantial assistance motion resulted in a sentence that was 64% from the low end of the guideline range. This new sentence is a 64% reduction from the low end of the *amended* guideline range.

Except as provided above, all provisions of the judgment dated __December 6, 2004__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  May 1, 2008

*s/ Stephan P. Mickle*
Judge's signature

Effective Date: _____
(if different from order date)

Stephan P. Mickle
Printed name and title